UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ, o*n behalf of herself and all others similarly situated*,

                Plaintiffs,

– *against* –

AUDIO ADVICE, INC.,

                Defendant.

**ORDER**

24-cv-10044 (ER)

Ramos, D.J.:

    Jacqueline Fernandez brought this action against Audio Advice, Inc. on December 31, 2024. Doc. 1. On February 5, 2025, a Clerk's certificate of default was issued. Doc. 11. Since then, there has been no activity in this case.

    Fernandez is directed to submit a status letter by no later than August 7, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:  July 30, 2025
          New York, New York

                                            EDGARDO RAMOS, U.S.D.J.