UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ, o*n behalf of herself and all others similarly situated*,

                        Plaintiffs,

             – *against* –

AUDIO ADVICE, INC.,

                        Defendant.

**ORDER**

24-cv-10044 (ER)

Ramos, D.J.:

      The Court directed Jacqueline Fernandez to submit a status letter due to lack of activity in this action. Doc. 15. On August 7, 2025, Fernandez filed a status letter, informing the Court that she has not heard from Defendant and resent the Clerk's Certificate of Default, summons, and complaint to Defendant. Doc. 16. Fernandez is directed to proceed with default judgment or dismissal of the action within two weeks.

      It is SO ORDERED.

Dated:  August 8, 2025
           New York, New York

                                                             EDGARDO RAMOS, U.S.D.J.